UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGG MARCELLUS HARDEN,

     Plaintiff,

v.                                                                Case No.:  2:26-cv-406-SPC-NPM

STATE OF FLORIDA, ABIGAIL
GROFF, NADIA K. DAUGHTERY,
JAMES F. POTTER, and
OPERATOR REDDEN,

     Defendants.

_____

## OPINION AND ORDER

Before the Court is pro se Plaintiff Gregg Marcellus Harden's Emergency Motion for Injunctive Relief.  (Doc. 11).  There are multiple reasons to deny the motion.  Plaintiff neglects to offer security to pay Defendants' costs and damages if they are wrongly restrained.  *See* Fed. R. Civ. P. 65(c); *see also* M.D. Fla. R. 6.01(a)(4), 6.02(a)(1) (requiring that a motion for preliminary injunction include "a precise and verified explanation of the amount and form of the required security").  He also fails to attach a proposed order.  *See* M.D. Fla. R. 6.01(a)(6).  More problematic though, Plaintiff only cursorily analyzes the four elements for injunctive relief without any citation to supporting authority. (Doc. 11 at 3).  This is insufficient to show injunctive relief is warranted.  *See Siegel v. LePore*, 234 F.3d 1163, 1176 (11th Cir. 2000) ("A preliminary

injunction is an extraordinary and drastic remedy not to be granted unless the movant clearly established the burden of persuasion as to each of the four prerequisites." (cleaned up and citation omitted)).

Accordingly, it is now

**ORDERED:**

Plaintiff's Emergency Motion for Injunctive Relief (Doc. 11) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on March 6, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2